UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIVIA SILVAH,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BURBANK POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. 2:16-cv-06013-GW (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Notice of Removal and the original Complaint attached to the Notice of Removal, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice and without leave to amend.

Dated: September 28, 2018

*George H. Wu*

HONORABLE GEORGE H. WU
United States District Judge