**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIVIA SILVAH, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BURBANK POLICE DEPARTMENT, et al., <br><br> Defendants. | Case No. 2:16-cv-06013-GW (SHK) <br><br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: September 28, 2018

HONORABLE GEORGE H. WU
United States District Judge